# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Brian Robert Walker** <br> **&** <br> **Seanna Christina Walker,** <br> **fka Seanna Christina Janes** <br><br> **Debtor(s)** | **BK NO. 17-03477 HWV** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

     Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594