```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-03477-HWV
Brian Robert Walker                                                 Chapter 13
Seanna Christina Walker
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 2              Date Rcvd: Oct 02, 2017
                              Form ID: ntcnfhrg            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db/jdb         +Brian Robert Walker,    Seanna Christina Walker,    24 Fairview Avenue,
                 Waynesboro, PA 17268-1404
4960169        +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
4960173        +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
4960177        +Keystone Rural Health Center,    22 St. Paul Drive,    Suite 200,   Chambersburg, PA 17201-1033
4960179        +Members 1st Federal,    5000 Louise Dr,   Mechanicsburg, PA 17055-4899
4966195        +Nelnet on behalf of NYSHESC,    NY State Higher Ed Service Corp,    99 Washington Avenue,
                 Albany NY 12255-0002
4960189        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
4960190        +Waynesboro Hospital,    501 E. Main St.,   Waynesboro, PA 17268-2394
4960193        +WellSpan Health,    Physician Billing Services,    1803 Mt. Rose Ave., Suite B3,
                 York, PA 17403-3051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4960170         E-mail/Text: ebn@carepayment.com Oct 02 2017 19:13:50     Care Payment,    Summit Health,
                 PO Box 2398,   Omaha, NE 68103-2398
4960172        +E-mail/Text: bk.notifications@jpmchase.com Oct 02 2017 19:12:48      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
4964076         E-mail/Text: mrdiscen@discover.com Oct 02 2017 19:11:59     Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
4960174        +E-mail/Text: mrdiscen@discover.com Oct 02 2017 19:11:59      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
4960175        +E-mail/Text: dplbk@discover.com Oct 02 2017 19:13:36     Discover Personal Loan,
                 Attention: Bankruptcy,   Po Box 30954,    Salt Lake City, UT 84130-0954
4967613        +E-mail/Text: dplbk@discover.com Oct 02 2017 19:13:37     Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
4960178        +E-mail/Text: unger@members1st.org Oct 02 2017 19:13:49      Members 1st F C U,
                 5000 Louise Drive,   Mechanicsburg, PA 17055-4899
4960180        +E-mail/Text: electronicbkydocs@nelnet.net Oct 02 2017 19:13:28      Nelnet,
                 Nelnet Claims/Bankruptcy,   Po Box 82505,    Lincoln, NE 68501-2505
4960697        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2017 19:18:52
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4960185        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 19:18:17     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
4960187        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 19:18:39     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
4960188        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 19:18:40     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4960171*        Care Payment,    Summit Health,   PO Box 2398,   Omaha, NE 68103-2398
4960176*       +Discover Personal Loan,    Attention: Bankruptcy,   Po Box 30954,
                 Salt Lake City, UT 84130-0954
4960181*       +Nelnet,   Nelnet Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
4960182*       +Nelnet,   Nelnet Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
4960183*       +Nelnet,   Nelnet Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
4960184*       +Nelnet,   Nelnet Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
4960186*       +Synchrony Bank/Amazon,    Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
4960191*       +Waynesboro Hospital,    501 E. Main St.,   Waynesboro, PA 17268-2394
4960192*       +Waynesboro Hospital,    501 E. Main St.,   Waynesboro, PA 17268-2394
                                                                                   TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Joint Debtor Seanna Christina Walker Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor Brian Robert Walker Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, National Association
               thomas.song@phelanhallinan.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian Robert Walker
Seanna Christina Walker
fka Seanna Christina Janes

Chapter 13

Case No. 1:17−bk−03477−HWV

Debtor(s)

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**November 1, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 8, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2017 |