```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                    Case No. 17-03477-HWV
Brian Robert Walker                                       Chapter 13
Seanna Christina Walker
     Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: karendavi      Page 1 of 1       Date Rcvd: May 22, 2018
                          Form ID: trc         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
4966195     +Nelnet on behalf of NYSHESC,   NY State Higher Ed Service Corp,   99 Washington Avenue,
              Albany NY 12255-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Brian Robert Walker Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Seanna Christina Walker Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Thomas Song    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03477-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian Robert Walker
24 Fairview Avenue
Waynesboro PA 17268

Seanna Christina Walker
24 Fairview Avenue
Waynesboro PA 17268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Nelnet on behalf of NYSHESC, NY State Higher Ed Service Corp, 99 Washington Avenue, Albany NY 12255

Name and Address of Transferee:

ECMC
po box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/18

Terrence S. Miller
**CLERK OF THE COURT**