```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                          Case No. 17-03477-HWV
Brian Robert Walker                                             Chapter 13
Seanna Christina Walker
        Debtors                CERTIFICATE OF NOTICE
District/off: 0314-1        User: KADavis        Page 1 of 1        Date Rcvd: Jul 31, 2019
                            Form ID: orfeedue    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: camanagement@mtb.com Jul 31 2019 19:11:29     M&T Bank,   Bankruptcy Department,
               PO Box 840,   Buffalo, NY  14240-0810
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC   djwilcoxson@ecmc.org
              James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   JPMorgan Chase Bank, National Association
               amps@manleydeas.com
              Stephen Wade Parker    on behalf of Debtor 1 Brian Robert Walker Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Seanna Christina Walker Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Thomas Song    on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Brian Robert Walker

Seanna Christina Walker
fka Seanna Christina Janes

**Debtor(s)**

Chapter 13

Case number 1:17–bk–03477–HWV

Document Number: 34

### Order Filing Fee Due

A transfer of claim was filed on **July 31, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **August 7, 2019**.

Dated: July 31, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

orfeedue(05/18)