## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian Robert Walker  
     Seanna Christina Walker fka Seanna Christina Janes  
              Debtor(s)

BK NO. 17-03477 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                              Respectfully submitted,



Rebecca Solarz  
31 Dec 2020, 12:20:41, EST

          KML Law Group, P.C.  
          BNY Mellon Independence Center  
          701 Market Street, Suite 5000  
          Philadelphia, PA  19106  
          215-627-1322