IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN ROBERT WALKER     CHAPTER 13
        SEANNA CHRISTINA WALKER     CASE NO.: 1:17-bk-03477
                      DEBTORS

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtors Brian Robert Walker and Seanna Christina Walker for the above referenced case.

                                                 **By:**_____
                                                 Nicholas G. Platt 327239
                                                 MOONEY LAW
                                                 230 York Street
                                                 Hanover, PA 17331
                                                 ngp@mooney4law.com
                                                 (717) 632-4656 Phone
                                                 (717) 632-3612 Fax

Date: June 28, 2021