# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BRIAN ROBERT WALKER | CHAPTER 13 |
| SEANNA CHRISTINA WALKER | CASE NO.: 1:17-bk-03477 |
| DEBTORS | |

## AMENDED NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors Brian Robert Walker and Seanna Christina Walker for the above referenced case.

                                                                                                 **By: *Nicholas G. Platt*_____**
                                                                                                 Nicholas G. Platt 327239
                                                                                                 MOONEY LAW
                                                                                                 230 York Street
                                                                                                 Hanover, PA 17331
                                                                                                 ngp@mooney4law.com
                                                                                                 (717) 632-4656 Phone
                                                                                                 (717) 632-3612 Fax

Date: June 28, 2021