# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| BRIAN ROBERT WALKER | Case No.: 1-17-03477-HWV |
| SEANNA CHRISTINA WALKER | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 6288/PRE ARREARS/24 FAIRVIEW AVE |
| Property Address if applicable: | 24 FAIRVIEW AVENUE, , WAYNESBORO, PA17268 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $246.89 |
| b. | Prepetition arrearages paid by the Trustee: | $246.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $246.89 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 27, 2022            Respectfully submitted,

                                               /s/ Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA  17036
                                               Phone:  (717) 566-6097
                                               Fax:  (717) 566-8313
                                               eMail:  info@pamd13trustee.com

Creditor Name: M & T BANK  
Court Claim Number: 08

```
    CLM #    CHECK #        DATE       PRIN PAID     INT PAID     TOTAL DISB
    5200     9005389      10/10/2018     $16.73        $0.00        $16.73
    5200     9005643      01/10/2019     $15.93        $0.00        $15.93
    5200     9005897      04/11/2019     $15.95        $0.00        $15.95
    5200     9006152      07/11/2019     $18.59        $0.00        $18.59
    5200     9006440      10/10/2019     $16.19        $0.00        $16.19
    5200     9006705      01/16/2020     $15.98        $0.00        $15.98
    5200     9007044      04/14/2020     $15.97        $0.00        $15.97
    5200     9008054      08/12/2020     $17.98        $0.00        $17.98
    5200     9008965      11/03/2020     $15.43        $0.00        $15.43
    5200     9010072      02/17/2021     $18.18        $0.00        $18.18
    5200     9010941      05/18/2021     $15.58        $0.00        $15.58
    5200     9011747      08/18/2021     $16.10        $0.00        $16.10
    5200     9012249      10/14/2021     $43.74        $0.00        $43.74
    5200     9012502      11/16/2021     $4.54         $0.00        $4.54
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN ROBERT WALKER  Case No.: 1-17-03477-HWV
SEANNA CHRISTINA WALKER  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 27, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

NICHOLAS G PLATT, ESQUIRE  SERVED ELECTRONICALLY
MOONEY LAW
230 YORK STREET
HANOVER PA, 17331-

M&T BANK  SERVED BY 1ST CLASS MAIL
PO BOX 840
BUFFALO, NY, 14240

BRIAN ROBERT WALKER  SERVED BY 1ST CLASS MAIL
SEANNA CHRISTINA WALKER
24 FAIRVIEW AVENUE
WAYNESBORO, PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 27, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com