United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brian Robert Walker  
Seanna Christina Walker  
    Debtors

Case No. 17-03477-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 21, 2022      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Robert Walker, Seanna Christina Walker, 24 Fairview Avenue, Waynesboro, PA 17268-1404 |
| 4960177 | ++ | KEYSTONE RURAL HEALTH CENTER, 111 CHAMBERS HILL DRIVE, SUITE 200, CHAMBERSBURG PA 17201-7304 address filed with court:, Keystone Rural Health Center, 22 St. Paul Drive, Suite 200, Chambersburg, PA 17201 |
| 4966195 | + | Nelnet on behalf of NYSHESC, NY State Higher Ed Service Corp, 99 Washington Avenue, Albany NY 12255-0002 |
| 4996642 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 4960190 | + | Waynesboro Hospital, 501 E. Main St., Waynesboro, PA 17268-2394 |
| 4960193 | + | WellSpan Health, Physician Billing Services, 1803 Mt. Rose Ave., Suite B3, York, PA 17403-3051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4960169 | + | EDI: CAPITALONE.COM | Oct 21 2022 22:48:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4960170 | | Email/Text: ebn@carepayment.com | Oct 21 2022 18:48:00 | Care Payment, Summit Health, PO Box 2398, Omaha, NE 68103-2398 |
| 4964076 | | EDI: DISCOVER.COM | Oct 21 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4960174 | + | EDI: DISCOVER.COM | Oct 21 2022 22:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4960175 | + | EDI: DISCOVERPL | Oct 21 2022 22:48:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 4967613 | + | EDI: DISCOVERPL | Oct 21 2022 22:48:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5063591 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 21 2022 18:48:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 4997649 | | EDI: JPMORGANCHASE | Oct 21 2022 22:48:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 4993964 | | EDI: JPMORGANCHASE | Oct 21 2022 22:48:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4960172 | | EDI: JPMORGANCHASE | Oct 21 2022 22:48:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 4960173 | | EDI: JPMORGANCHASE | Oct 21 2022 22:48:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 4960178 | + | Email/Text: unger@members1st.org | Oct 21 2022 18:48:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4960179 | + | Email/Text: unger@members1st.org | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 21 2022 18:48:00 | Members 1st Federal, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 4960180 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2022 18:48:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4988898 | | EDI: PRA.COM | Oct 21 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4960697 | + | EDI: RECOVERYCORP.COM | Oct 21 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5002660 | | EDI: Q3G.COM | Oct 21 2022 22:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4960185 | + | EDI: RMSC.COM | Oct 21 2022 22:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4960187 | + | EDI: RMSC.COM | Oct 21 2022 22:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4960188 | + | EDI: RMSC.COM | Oct 21 2022 22:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5004137 | + | Email/Text: bncmail@w-legal.com | Oct 21 2022 18:48:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4960189 | + | EDI: WTRRNBANK.COM | Oct 21 2022 22:48:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5229669 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC, M&T Bank as servicer for, Lakeview Loan Servicing, LLC |
| 5229668 | | M&T Bank as servicer for, Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4960171 | * | Care Payment, Summit Health, PO Box 2398, Omaha, NE 68103-2398 |
| 4960176 | *+ | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5063592 | * | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 4960181 | *+ | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4960182 | *+ | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4960183 | *+ | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4960184 | *+ | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4960186 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4960191 | *+ | Waynesboro Hospital, 501 E. Main St., Waynesboro, PA 17268-2394 |
| 4960192 | *+ | Waynesboro Hospital, 501 E. Main St., Waynesboro, PA 17268-2394 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Brian Robert Walker ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Seanna Christina Walker ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank  National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Brian Robert Walker | Social Security number or ITIN | xxx–xx–9675 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | Seanna Christina Walker | Social Security number or ITIN | xxx–xx–5998 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:17-bk-03477-HWV | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Robert Walker

Seanna Christina Walker
fka Seanna Christina Janes

10/21/22

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**