

REPRESENTATION OF PRINTED DOCUMENT

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX  75261-9063

**ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT**

**Contact Us**

| | | |
|---|---|---|
| | Customer Service: | 1-800-411-7627 |
| | Property Tax: | 1-866-406-0949 |
| | Property Insurance: | 1-888-882-1847 |
| | Home Purchase or Refinancing: | 1-800-479-1992 |
| | NMLS #381076 | |

Correspondence Address:
PO BOX 1288
BUFFALO, NY  14240-1288

https://onlinebanking.mtb.com

BRIAN R WALKER
SEANNA C WALKER
24 FAIRVIEW AVE
WAYNESBORO PA 17268-1404

Loan Number:
Property Address: 24 FAIRVIEW AVE
WAYNESBORO PA, 17268
Statement Date:   10/11/19

Dear Customer,

As your mortgage partner, we strive to exceed your servicing expectations. We are providing you with the following statement which details your escrow account activity. Please refer to our Frequently Asked Questions, page 4, or call one of the appropriate customer service numbers referenced above with any questions or concerns.

**Based on our review, you have a shortage. Your payment is changing.**

This shortage was caused by changes in your taxes, insurance or escrow deposits. Your Account History, page 2, shows what has already happened on your account. To see what we anticipate happening with your account over the next 12 months, turn to Projected Escrow Payments, page 3.

### Your Mortgage Payment Options

| | Payment Information | Current Monthly Payment | New Monthly Payment beginning on 12/01/2019 |
|---|---|---|---|
| **Option 1** <br> Pay your shortage in full using the coupon below. | Principal & Interest: <br> Escrow Payment: <br> Shortage: | $448.26 <br> $109.96 <br> $20.65 | $448.26 <br> $109.96 <br> $0.00 |
| | Total Payment: | $578.87 | $558.22 |

**OR**

| | Payment Information | Current Monthly Payment | Pay Shortage Over 12 payments beginning on 12/01/2019 |
|---|---|---|---|
| **Option 2** <br> Spread your shortage of $206.52 over the next 12 payments. No action needed. | Principal & Interest: <br> Escrow Payment: <br> Shortage: | $448.26 <br> $109.96 <br> $20.65 | $448.26 <br> $109.96 <br> $17.21 |
| | Total Payment: | $578.87 | $575.43 |

INTERNET REPRINT



**SHORTAGE COUPON**

Loan Number:

Once your shortage is applied, the payment amount will be adjusted in accordance with Option 1 referenced above.

**Payment Amount**
Amount Due:  **$206.52**

M&T BANK
PO BOX 64787
BALTIMORE MD  21264-4787

## Your Account History**

Please remember, as your taxes and/or insurance increase on an annual basis, the escrow portion of your payment may increase.
If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 1-800-411-7627.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $109.89 | -$137.93 |
| Oct 19 | $109.96 | $130.61 * | | | | $219.85 | -$7.32 |
| Nov 19 | $109.96 | $130.61 * | | | | $329.81 | $123.29 |

The total amount of escrow payments received during this period was $261.22 and the total escrow disbursements were $0.00.

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

## Projected Escrow Payments Over the Next 12 Months

**Anticipated Annual Disbursements**

| | |
|---|---:|
| Hazard Ins: | $530.00 |
| City Tax: | $335.98 |
| Taxes: | $453.47 |
| Total: | $1,319.45 |



The cushion allowed by federal law (RESPA) is zero times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

**Projected Escrow Balance Summary**

M&T Bank expects to pay $1,319.45 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Taxes and Insurance: | $1,319.45 |
| Divided by 12 months: | $109.96 |
| *New Monthly Escrow Payment: | $109.96 |

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | *Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $123.29 | $329.81 |
| Dec 19 | $109.96 | | | $233.25 | $439.77 |
| Jan 20 | $109.96 | $530.00 | Hazard Ins | -$186.79 | $19.73 |
| Feb 20 | $109.96 | | | -$76.83 | $129.69 |
| Mar 20 | $109.96 | | | $33.13 | $239.65 |
| Apr 20 | $109.96 | $335.98 | Borough Tax | -$192.89 | $13.63 |
| May 20 | $109.96 | | | -$82.93 | $123.59 |
| Jun 20 | $109.96 | | | $27.03 | $233.55 |
| Jul 20 | $109.96 | | | $136.99 | $343.51 |
| **Aug 20** | **$109.96** | **$453.47** | **School Tax** | **-$206.52** | **$0.00** |
| Sep 20 | $109.96 | | | -$96.56 | $109.96 |
| Oct 20 | $109.96 | | | $13.40 | $219.92 |
| Nov 20 | $109.96 | | | $123.36 | $329.88 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements**

| | |
|---|---:|
| Projected Beginning Balance | $123.29 |
| -Required Minimum Balance | $329.81 |
| Shortage Amount | $206.52 |

Your lowest monthly escrow balance for the next 12 months should reach $0.00, which equals a reserve of zero months escrow deposit. In order to reach this low point, your required escrow balance after your 11/19 payment should be $329.81, whereas your actual escrow balance is $123.29. The difference, $206.52, represents an escrow shortage and will be spread over the next 12 payments unless your shortage is paid in full.

*Based on these calculations for the coming year, if you pay your shortage in full your new total payment amount effective 12/01/19 will be the amount reflected in Option 1 on Page 1 of this statement. If you choose to spread the shortage over 12 payments your total payment amount will be the amount reflected in Option 2 of Page 1 of this statement.

# Mortgagor Guide to Frequently Asked Escrow Analysis Questions (FAQ Document)

- **What is an escrow analysis and why am I receiving this document?**
  Federal mortgage laws require all mortgage lenders to perform an escrow analysis on all loans minimally once a year. As a result, M&T Bank conducts an escrow analysis accordingly. The analysis is a calculation of your escrowed items – when they are due, the frequency of pay (annually, semi-annually, and quarterly) and the amount of the payment. This then determines if we are over collecting, under collecting or accurately collecting funds to make these payments on your behalf.
  There are several reasons why an off-cycle analysis is performed. Common reasons include: loan is acquired or transferred, customer request (new exemption or adjusted bill issued), change in insurance or tax due dates.

- **What is an escrow account?**
  An escrow account is an account set inside your mortgage account. On a monthly basis funds you remit are placed in the account, held and when the time comes, paid to your tax and/or insurance agency. A full accounting of these funds appears on the following statements: monthly mortgage statement, year-end statement and your escrow analysis statement. Typically the payments made are to your real estate tax municipalities and insurance agent. Other payments may be made according to your mortgage agreement.

- **What is an escrow payment?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **How do you determine the required beginning escrow balance?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **What is an escrow reserve also known as a cushion?**
  An escrow reserve also known as a cushion is the amount of money collected in the escrow to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and prevents your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies.

- **How is an escrow analysis completed?**
  We itemize all applicable disbursements such as the real estate property tax and insurance premium which are scheduled to be paid on your behalf in the next 12 months. We take the total and divide the payment by 12 payments. The total amount of the disbursements divided by 12 is equal to your monthly escrow payment.

- **Will my escrow payment amount remain the same if I remit the entire shortage amount at once?**
  By paying the full shortage amount this will result in an adjustment to your account which will result in a payment with the smallest possible increase in your monthly mortgage payment. It's important to keep in mind any increase in your real estate tax amounts and/or insurance premium may cause your payment amount to change even if you pay your shortage amount.

- **If I would like to remit the shortage payment, what steps do I need to take?**
  You may pay the entire shortage amount by returning the shortage coupon attached to the bottom of page 1 of your escrow analysis along with your check to: M&T Bank, Escrow Department, PO Box 64787, Baltimore, MD 21264-4787

- **What if I do not remit the shortage payment?**
  If you do not wish to remit the entire shortage payment in one lump sum, you can instead remit the new payment amount over the next 12 months. The escrow analysis calculation automatically spreads the shortage amount over the next 12 months.

- **Why did my monthly escrow payment amount change?**
  There are a number of reasons why escrow payment amounts change. Below are the most common reasons why the amount may change:
  **Real Estate Tax –**
  Tax rate and/or property's assessed value changed
  Tax exemption status added, changed or removed
  The payment of a supplemental tax bill or delinquent tax paid from escrow
  New tax requirement
  Tax(es) paid as a result of non-payment
  **Insurance Premium(s) –**
  Premium rate changed
  Coverage changed
  Additional premium paid but not anticipated to be paid from escrow, such as change in carrier
  New insurance requirement
  Lender paid insurance from escrow
  Flood insurance map changed
  **Payments –**
  Monthly payments received were a different amount than what was expected. For example:
  - The monthly payments received were less than the amount requested, shorting the funding of escrow
  - Previous escrow shortage amount was not paid in full before new analysis

- **Information Regarding Insurance –**
  Hazard insurance, also referred to as homeowner's insurance, is an insurance policy purchased to protect your property from certain hazards such as fire and theft. Policy coverage may vary. See your insurance policy information for details regarding your specific coverage(s).
  If you decide to change your insurance carrier, send the new policy information to: M&T Bank, Its Successors and/or Assigns, PO Box 5738, Springfield, Ohio 45501-5738

  Fax: 866-410-9956

  Additional questions can be directed to 888-882-1847.

- **Information Regarding Real Estate Tax Bills –**
  Where to mail your tax bill:

  M&T Bank
  PO Box 23628
  Rochester, NY 14692-9813
  FAX: 817-826-0675

Equal Housing Lender. ©2016 M&T Bank. Member FDIC. 08130754 7710. mtb.com