IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Seanna Christina Walker fka Seanna Christina Janes<br>Brian Robert Walker<br>                 Debtor(s)<br><br>**Lakeview Loan Servicing LLC**<br>                 Movant<br>    vs.<br><br>**Seanna Christina Walker fka Seanna Christina Janes**<br>**Brian Robert Walker**<br>                 Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                 Trustee | **BK NO. 17-03477 HWV**<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 17, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Seanna Christina Walker fka Seanna Christina Janes
24 Fairview Avenue
Waynesboro, PA 17268

Brian Robert Walker
24 Fairview Avenue
Waynesboro, PA 17268

<u>Attorney for Debtor(s)</u>
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 17, 2022</u>

                                                        **/s/Rebecca A. Solarz Esquire**
                                                        Rebecca A. Solarz Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        215-825-6327
                                                        rsolarz@kmllawgroup.com